June 6, 1972.

M. P. No. 1290. STEPHEN A. HAZARD *v.* FRANCIS A. HOWARD, *Warden.* Motion of petitioner for admission to bail is denied as moot. *Stephen A. Hazard,* petitioner, pro se. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1733. DONALD R. KYLE *v.* FRANCIS A. HOWARD, *Warden.* Petition for writ of habeas corpus denied. *William F. Reilly,* Public Defender, *Emanuel J. Lauria,* Asst. Public defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 1789. EAST GREENWICH FIRE DISTRICT *v.* PENN CENTRAL COMPANY *et al.* Motion of petitioner for stay of Public Utilities Commission order of May 10, 1972 assigned specially to calendar of June 15, 1972 for oral judgment. Roberts, C.J., not participating. *George A. Bristol,* for petitioner. *Roberts & Willey Incorporated, Dennis J. Roberts, II; Archie Smith,* Chairman, P.U. Commission, for respondents.

M. P. No. 1790. TOWN OF EAST GREENWICH *v.* PUBLIC UTILITIES COMMISSION. Motion of petitioner to stay Penn Central Company from taking further action re Commission order of May 10, 1972 assigned specially to calendar of June 15, 1972 for oral argument. Roberts, C.J. not participating. *Peter D. Nolan,* Town Solicitor, for petitioner. *Roberts & Willey, Incorporated, Dennis J. Roberts, II; Archie Smith,* Chairman, P.U. Commission, for respondents.

M. P. No. 1794. ROBERT J. WELCH *v.* FRANCIS A. HOWARD, *Warden.* Respondent directed to file answer to petition for habeas corpus and *show cause,* if any he has, why writ should not issue as prayed, answer to comply with Provisional Order No. 7. *Robert J. Welch,* petitioner, pro se. *Richard J. Israel,* Attorney General, for respondent.